IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Souderton Charter School
Collaborative

          v.

Souderton Area School District,
          Appellant

:
:
:
:
:   No. 237 C.D. 2021
:
:
:

## ***ORDER***

AND NOW, this 16th day of March, 2023, it is ORDERED that the above-captioned opinion filed January 3, 2023, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge